IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00293-BNB

COREY BURGESS,

    Applicant,

v.

CHARLES A. DANIELS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Applicant's motion for reconsideration (ECF No. 8) asking the Court to waive the $5.00 filing fee in this habeas corpus action is DENIED as moot. Applicant paid the filing fee on March 11, 2013 (ECF No. 9).

Dated: March 12, 2013