IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00293-BNB

COREY BURGESS,

    Applicant,

v.

CHARLES A. DANIELS,

    Respondent.

---

ORDER TO FILE AMENDED REPLY

---

On April 1, 2013, Respondent filed a preliminary response (ECF No. 20) to the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) filed on February 4, 2013, in this case. On April 17, 2013, Respondent filed an amended preliminary response (ECF No. 23) to correct references in the preliminary response to pages of the attachments. Applicant will be allowed twenty-one days from the date of this order to reply to the amended preliminary response, if he so desires.

Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this order** Applicant, if he so desires, shall file an amended reply to the amended preliminary response.

DATED April 17, 2013, at Denver, Colorado.

                                          BY THE COURT:

                                          s/Boyd N. Boland
                                          United States Magistrate Judge