IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00293-LTB

COREY BURGESS,

    Applicant,

v.

CHARLES A. DANIELS,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's nearly illegible motion (ECF No. 36) filed May 20, 2013, for clarification of proper procedure is DENIED as moot. This case was dismissed on May 2, 2013, and judgment was entered on the same day. Filings will not be considered after the dismissal of a case. Moreover, the Court does not provide legal advice, which is what Applicant is requesting in his motion.

Dated:  May 21, 2013