IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00293-LTB

COREY BURGESS,

    Applicant,

v.

CHARLES A. DANIELS,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This case currently is on appeal before the United States Court of Appeals for the Tenth Circuit. *See* ECF No. 44. Therefore, this Court lacks jurisdiction over Applicant's Order to Show Cause for a Preliminary Injunction/Temporary Restraining Order (ECF No. 45) filed on June 14, 2013, which apparently seeks a preliminary injunction and/or temporary restraining order.

    Alternatively, the Order to Show Cause for a Preliminary Injunction/Temporary Restraining Order (ECF No. 45) is DENIED as moot. This case was dismissed on May 2, 2013, and judgment was entered on the same day. Filings will not be considered after the dismissal of a case.

Dated: June 18, 2013