IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00293-LTB

COREY BURGESS,

    Applicant,

v.

CHARLES A. DANIELS,

    Respondent.

---

ORDER TO AMEND ORDER OF JANUARY 2, 2014 (ECF NO. 54)

---

On May 2, 2013, this habeas corpus action pursuant to 28 U.S.C. § 2241 was dismissed without prejudice. *See* ECF No. 30. On August 19, 2014, the United States Court of Appeals for the Tenth Circuit (Tenth Circuit) affirmed. *See* ECF No. 61.

On December 23, 2013, Applicant filed a motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure (ECF No. 52) seeking reconsideration of the dismissal. On January 2, 2014, this Court entered an order (ECF No. 54) denying the Rule 60(b) motion. On August 19, 2014, the Tenth Circuit affirmed the January 2 denial of the Rule 60(b) motion and remanded to this Court to amend the January 2 order to clarify that the Rule 60(b) motion was denied with prejudice. *See* ECF No. 62. The Tenth Circuit mandate was filed on October 14, 2014 (ECF No. 63).

Accordingly, it is

ORDERED that pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on October 14, 2014, this Court's order of January 2, 2014, denying the motion pursuant to Rule 60(b) of the Federal Rules of Civil Procedure that Applicant filed on December 23, 2013, is amended to clarify that the Rule 60(b) motion was denied with prejudice.

DATED at Denver, Colorado, this  27th  day of   October  , 2014.

BY THE COURT:

　　s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court